IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | | |
|---|---|---|
| LG ELECTRONICS INC., | § § § § | |
| *Plaintiff*, | § § | |
| v. | § § | CIVIL ACTION NO. 2:22-CV-00122-JRG |
| TCL ELECTRONICS HOLDINGS LTD. (F/K/A TCL MULTIMEDIA TECHNOLOGY HOLDINGS, LTD.), TCL INDUSTRIES HOLDINGS CO., LTD., TCL INDUSTRIES HOLDINGS (H.K.) LIMITED, TTE TECHNOLOGY, INC. (D/B/A TCL NORTH AMERICA), TTE CORPORATION, TCL MOKA INTERNATIONAL LIMITED, TCL MOKA MANUFACTURING S.A. DE C.V., TCL KING ELECTRICAL APPLIANCES (HUIZHOU) CO. LTD., MANUFACTURAS AVANZADAS S.A. DE C.V., TCL SMART DEVICE (VIETNAM) CO., LTD., SHENZHEN TCL NEW TECHNOLOGY CO., LTD., TCL OPTOELECTRONICS TECHNOLOGY (HUIZHOU) CO., LTD., TCL OVERSEAS MARKETING LTD., TCL TECHNOLOGY GROUP CORPORATION (F/K/A TCL CORP.), | § § § § § § § § § § § § § § § § § § § § § § § | |
| *Defendants*. | § § | |

**ORDER**

Before the Court is TTE Technology, Inc.'s ("TTE") Unopposed Motion for Extension of Time to Align Its Deadline to Respond to the Complaint with That of the Rest of the Defendants (the "Motion"). (Dkt. No. 35). In the Motion, TTE notes that the deadline to respond to Plaintiff LG Electronics Inc.'s complaint for all other defendants except TTE is August 15, 2022. TTE requests an extension of its deadline to move, answer, or otherwise respond to the complain to the

same to achieve greater efficiency for both sides and the Court by aligning all of the defendants' deadlines.

Having considered the Motion, and noting that it is unopposed, the Court finds that it should be and hereby is **GRANTED**. Accordingly, it is **ORDERED** that TTE is granted leave to move, answer, or otherwise respond to the complaint in the above-captioned action by August 15, 2022.

**So Ordered this**
**Jun 30, 2022**

_____
RODNEY GILSTRAP
UNITED STATES DISTRICT JUDGE