IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | | |
|---|---|---|
| LG ELECTRONICS INC., | § § | |
| *Plaintiff*, | § § | |
| v. | § § | CIVIL ACTION NO. 2:22-CV-00122-JRG |
| TCL ELECTRONICS HOLDINGS LTD. (F/K/A TCL MULTIMEDIA TECHNOLOGY HOLDINGS, LTD.) ET AL., | § § § § § § | |
| *Defendants.* | § § | |

## ORDER

It is **ORDERED** that Shane Nelson is appointed as the Court's technical advisor in the above-captioned case, with his fees and expenses to be assessed equally between Plaintiff and Defendants and timely paid as billed. Mr. Nelson's contact information is as follows:

Shane A. Nelson
Park, Vaughan, Fleming, & Dowler LLP
301 E. Main St.,
Brenham, TX 77833
Phone: (713) 870-9099
Email: shane@parklegal.com

The parties are **ORDERED** to send courtesy copies of claim construction briefs, exhibits, and technology tutorials in PDF form to shane@parklegal.com. If the document was filed with the Court, the copy must include the CM/ECF header. For claim construction materials that have already been filed, the filing party is **ORDERED** to provide copies to Mr. Nelson within two business days. Otherwise, the filing party is **ORDERED** to provide copies to Mr. Nelson no later than one business day after filing future claim construction material.

**SIGNED this 30th day of June, 2023.**

ROY S. PAYNE
UNITED STATES MAGISTRATE JUDGE